UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHASE STAFFORD<br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CITY OF MERCED COUNTY, DETECTIVE RODRIGUEZ, and DETECTIVE SOLIS,<br><br>Defendants.<br>_____/ | CASE NO. 1:13-cv-0461-BAM<br><br>ORDER DISMISSING CASE |

Plaintiff Michael Chase Stafford ("Plaintiff") is a county jail inmate appearing pro se and informa pauperis in this action against the State of California, the "City of Merced County," and individual Merced County Police Detectives Rodriguez and Solis.[1] On March 28, 2013, Plaintiff filed a complaint alleging violations of 42 U.S.C. § 1983 based on an incident occurring on April 23, 2012. Specifically, Plaintiff contends that on that date, Defendants Rodriguez and Solis used excessive force when they shot him several times during his arrest.

A review of the Court's cases reveals that on March 11, 2013, prior to filing the instant case,

---

[1] Plaintiff consented to proceed before United States Magistrate Judge Barbara A. McAuliffe for all proceedings, including trial and final judgment, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Doc. 6).

1

1  Plaintiff also filed an identical complaint describing the same incidents of April 23, 2012, and alleges
2  the same causes of action against the Defendants named in this action.  *See Stafford v. State of*
3  *California*, 13-cv-0348 LJO-SKO.  Case 13-348 has been screened and permitted to proceed. Since
4  the instant complaint is duplicative of the other complaint previously filed by Plaintiff and the action is
5  pending in 13-348, it is hereby ordered that the instant complaint is dismissed without leave to amend.
6  See 28 U.S.C. §1915(e)(2).

   Plaintiff is notified that all further filings should be in case *Stafford v. State of California*, 13-
   cv-0348 LJO-SKO.  Failure to put the proper case number on future filings will result in delay in the
   proceedings.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **August 13, 2013**                    /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE