1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL CHASE STAFFORD                    CASE NO. 1:13-cv-0461-BAM
                        Plaintiff,
12                                              ORDER DISMISSING CASE
          v.
13
     STATE OF CALIFORNIA, CITY OF
14   MERCED COUNTY, DETECTIVE
     RODRIGUEZ, and DETECTIVE SOLIS,
15
                        Defendants.
16

17

18   _____/

19          Plaintiff Michael Chase Stafford ("Plaintiff") is a county jail inmate appearing pro se and

20   informa pauperis in this action against the State of California, the "City of Merced County," and

21   individual Merced County Police Detectives Rodriguez and Solis.[1]  On March 28, 2013, Plaintiff filed

22   a complaint alleging violations of 42 U.S.C. § 1983 based on an incident occurring on April 23, 2012.

23   Specifically, Plaintiff contends that on that date, Defendants Rodriguez and Solis used excessive force

24   when they shot him several times during his arrest.

25          A review of the Court's cases reveals that on March 11, 2013, prior to filing the instant case,

26

27   _____
     [1]      Plaintiff consented to proceed before United States Magistrate Judge Barbara A. McAuliffe for
28   all proceedings, including trial and final judgment, pursuant to 28 U.S.C. § 636(c) and Federal Rule of
     Civil Procedure 73. (Doc. 6).

                                               1

Plaintiff also filed an identical complaint describing the same incidents of April 23, 2012, and alleges the same causes of action against the Defendants named in this action. *See Stafford v. State of California*, 13-cv-0348 LJO-SKO. Case 13-348 has been screened and permitted to proceed. Since the instant complaint is duplicative of the other complaint previously filed by Plaintiff and the action is pending in 13-348, it is hereby ordered that the instant complaint is dismissed without leave to amend. See 28 U.S.C. §1915(e)(2).

Plaintiff is notified that all further filings should be in case *Stafford v. State of California*, 13-cv-0348 LJO-SKO. Failure to put the proper case number on future filings will result in delay in the proceedings. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 13, 2013**               ___/s/ *Barbara A. McAuliffe*___
                                           UNITED STATES MAGISTRATE JUDGE